IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TERIANN MORENO                                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 1:04CV00498LG-RHW

GALLAGHER BASSETT SERVICES, INC.,
ZURICH AMERICAN INSURANCE COMPANY,
YUM! BRANDS, INC. d/b/a TACO BELL OF
AMERICA, INC. AND JOHN DOES 1-100                               DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before this Court on the Motion of the parties, *ore tenus*, to dismiss this matter, with prejudice.

This Court, finds that the parties' Motion is well taken and should be granted.

IT IS THEREFORE ADJUDGED that the above styled lawsuit is hereby dismissed, with prejudice, with each party to bear its respective costs.

**SO ORDERED AND ADJUDGED** this the 14th day of December 2006.


s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

AGREED AND APPROVED:

TERIANN MORENO


By: /s Roderick D. Ward
    Roderick D. Ward, III (MSB No. 6953)
    Stevens & Ward
    1855 Lakeland Drive, Suite P-121
    Jackson, Mississippi  39216


GALLAGHER BASSETT SERVICES, INC.


By: /s Michael A. Heilman
    Michael A. Heilman (MSB No. 2223)
    Heilman, P.A.
    111 East Capitol Street, Suite 250
    Jackson, Mississippi  39201
    Post Office Drawer 24417
    Jackson, Mississippi  39201


YUM! BRANDS, INC. d/b/a TACO BELL OF AMERICA, INC.


By: /s Darren Patin
    Darren Patin. (La. Bar No. 23244)
    Hailey McNamara
    1 Galleria Boulevard, Suite 1400
    Metairie, Louisiana  70001


ZURICH AMERICAN INSURANCE COMPANY


By: /s Virginia S. Gautier
    George Ritter (MSB No. 5372)
    Virginia S. Gautier, (MSB No. 10334)
    Wise Carter Child & Caraway, P. A.
    401 East Capitol Street, Suite 600
    Jackson, Mississippi  39201
    Post Office Box 651
    Jackson, Mississippi  39205-0651